Harry James SUTTON, Appellant,

v.

U.S. PROBATION OFFICE; Timothy M. Scharr, U.S. Probation Officer; Kathleen M. Hawk, Director of Bureau, Appellees.

No. 00–3830.

United States Court of Appeals, Eighth Circuit.

Submitted July 26, 2001.

Decided Aug. 1, 2001.

Before BOWMAN, LOKEN, and HANSEN, Circuit Judges.

PER CURIAM.

Harry James Sutton appeals the district court's [1] 28 U.S.C. § 1915(e)(2)(B) dismissal of his action under the Privacy Act, in which he alleged that his presentence re-

[1]. The HONORABLE STEPHEN N. LIMBAUGH, United States District Judge for the Eastern District of Missouri.

[1]. The Honorable Scott O. Wright, United States District Judge for the Western District

port contained "inaccurate" information. This appeal is frivolous, and therefore we dismiss it. *See* 8th Cir. R. 47A(a).